# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BRIAN GRIFFIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF THE INSPECTOR ) <br> GENERAL, ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 17-272 <br><br> Judge Cathy Bissoon <br><br> Magistrate Judge Lisa Pupo Lenihan |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 30, 2018, the Magistrate Judge issued a Report (Doc. 18) recommending that the Court dismiss the above-captioned case without prejudice due to Plaintiff's failure to prosecute this action. Service of the Report and Recommendation was made on Defendant through ECF, and a copy of the Report and Recommendation was mailed to Plaintiff's address of record via certified mail. No objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Magistrate Judge's Report and Recommendation dated January 30, 2018, hereby is adopted as the Opinion of the District Court, with the following modification:

Due to the Court's review of the factors provided in Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984), as discussed in the Report, and due to the additional facts that

Plaintiff has failed to file an objection to the Report, Plaintiff has still not indicated a valid address, and Plaintiff has still taken no action to prosecute this case since his Complaint was filed on November 25, 2016, this action hereby is DISMISSED with prejudice.

    IT IS SO ORDERED.


March 7, 2018                                                                       s/Cathy Bissoon  
                                                                                    Cathy Bissoon  
                                                                                    United States District Judge


cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

Charles Brian Griffin  
2317 Jane Street  
Pittsburgh, PA 15203